UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CV-00654-FDW-DSC

| | |
|---|---|
| CHEYENNE JONES *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER and |
| ) | NOTICE OF HEARING |
| COCA-COLA CONSOLIDATED, INC. *et al.*, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court on the parties' Joint Motion to Stay Proceedings Pending Mediation (Doc. No. 73) filed on November 23, 2021, wherein the parties move to stay this action along with all pending deadlines – including the class-certification hearing currently set for December 7, 2021 – for 45 days to allow for mediation on December 29, 2021. (Doc. No. 73, p. 3). After a careful review of the pleadings, the Court declines to delay this case and the parties' Motion is DENIED.

The Court encourages the parties to continue their settlement efforts, whether through mediation with Mr. Robert A. Meyer or otherwise. However, the Court finds a stay of all pending deadlines unwarranted at this time and exercises its discretion "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. North American Co., 299 U.S. 248, 254 (1936).

IT IS THEREFORE ORDERED that the parties' Motion to Stay (Doc. No. 73) is DENIED.

The parties shall TAKE NOTICE that the hearing on Plaintiffs' pending Motion to Certify Class (Doc. No. 47) is rescheduled to Tuesday, December 14, 2021, at 2:00 p.m. in Courtroom #5B of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina.

Oral arguments will be limited to twenty-five (25) minutes per side.

    IT IS SO ORDERED.

Signed: November 23, 2021

Frank D. Whitney
United States District Judge