UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CV-00654-FDW-DSC

| | |
|---|---|
| CHEYENNE JONES *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>COCA-COLA CONSOLIDATED, INC. *et al.*, )<br>)<br>)<br>Defendants. )<br>) | NOTICE OF HEARING |

TAKE NOTICE that the hearing on Plaintiffs' pending Motion to Certify Class (Doc. No. 47), currently scheduled for Tuesday, December 14, 2021 at 2:00 p.m., has been rescheduled. The hearing will now take place before the undersigned on **Wednesday, January 19, 2022, at 2:00 p.m.** in Courtroom #5B of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina. Oral arguments will be limited to twenty-five (25) minutes per side.

IT IS SO ORDERED.

Signed: December 13, 2021

Frank D. Whitney
United States District Judge