# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| CHEYENNE JONES AND SARA J. GAST, Individually and as representatives of a class of similarly situated persons, on behalf of the COCA-COLA CONSOLIDATED, INC. 401(K) PLAN, <br><br> Plaintiffs, <br> v. <br><br> COCA-COLA CONSOLIDATED, INC., THE BOARD OF DIRECTORS OF COCA-COLA CONSOLIDATED, INC., THE CORPORATE BENEFITS COMMITTEE OF COCA-COLA CONSOLIDATED, INC.; and DOES No. 1-20, Whose Names Are Currently Unknown, <br><br> Defendants. | Case No. 3:20-cv-00654-FDW-DSC <br><br> **JOINT NOTICE OF SETTLEMENT & JOINT MOTION TO STAY DEADLINES** |

Plaintiffs Cheyenne Jones and Sara J. Gast and Defendants Coca-Cola Consolidated, Inc., the Board of Directors of Coca-Cola Consolidated, Inc., and the Corporate Benefits Committee of Coca-Cola Consolidated, Inc. (collectively, the "Parties") submit this Joint Notice of Settlement and Motion to Stay All Case Deadlines.

With the assistance of a mediator, the Parties have reached an agreement in principle to settle all matters in controversy between them. The Parties are in the process of finalizing and documenting the terms of that settlement and respectfully request the Court stay all case deadlines until Monday, March 7, 2022. The Parties request this stay to finalize the written settlement agreement and for Plaintiffs to submit the necessary Motion for Preliminary Approval.

The Parties submit that good cause exists for granting this Joint Motion, as set forth above, and that this Joint Motion is not filed for purposes of delay.

Respectfully submitted January 19, 2022.

| | |
|---|---|
| /s/ *James E. Miller (with permission)* | /s/ *Brian D. Boone* |
| Daniel K. Bryson, NC Bar No. 15781 | Brian D. Boone |
| Jeremy R. Williams, NC Bar No. 48162 | North Carolina Bar No. 38910 |
| Whitfield Bryson LLP | Brandon C.E. Springer |
| 900 W. Morgan Street | North Carolina Bar No. 54523 |
| Raleigh, NC 27603 | ALSTON & BIRD LLP |
| Telephone: (919) 600-5000 | 101 South Tryon Street, Suite 4000 |
| Facsimile: (919) 600-5035 | Charlotte, North Carolina 28280 |
| Email: dan@whitfieldbryson.com | Phone: 704-444-1000 |
| jeremy@whitfieldbryson.com | Fax: 704-444-1111 |
| | brian.boone@alston.com |
| Kolin C. Tang | brandon.springer@alston.com |
| Miller Shah LLP | |
| 201 Filbert Street, Suite 201 | Emily S. Costin |
| San Francisco, CA 94133 | (*pro hac vice*) |
| Telephone: (415) 429-5272 | ALSTON & BIRD LLP |
| Facsimile: (866) 300-7367 | The Atlantic Building |
| Email: kctang@millershah.com | 950 F Street, NW |
| | Washington, DC 20004 |
| James E. Miller | Phone 202-239-3695 |
| Laurie Rubinow | Fax: 202-239-3333 |
| Miller Shah LLP | emily.costin@alston.com |
| 65 Main Street | |
| Chester, CT 06412 | Jordan Edwards |
| Telephone: (860) 526-1100 | (*pro hac vice*) |
| Facsimile: (866) 300-7367 | R. Blake Crohan |
| Email: jemiller@millershah.com | (*pro hac vice*) |
| lrubinow@millershah.com | ALSTON & BIRD LLP |
| | One Atlantic Center |
| James C. Shah | 1201 West Peachtree Street, Suite 4900 |
| Michael P. Ols | Atlanta, GA 30309 |
| Alec J. Berin | Phone: 404-881-7000 |
| Miller Shah LLP | Fax: 404-881-7777 |
| 1845 Walnut Street, Suite 806 | jordan.edwards@alston.com |
| Philadelphia, PA 19103 | blake.crohan@alston.com |
| Telephone: (610) 891-9880 | |
| Facsimile: (866) 300-7367 | *Counsel for Coca-Cola Consolidated,* |
| Email: jcshah@millershah.com | *Inc., The Board of Directors of Coca-Cola* |
| mpols@millershah.com | *Consolidated, Inc., and the Corporate* |
| ajberin@millershah.com | *Benefits Committee of Coca-Cola* |
| | *Consolidated, Inc.* |
| Mark K. Gyandoh (*pro hac vice*) | |
| Gabrielle P. Kelerchian | |
| Capozzi Adler, P.C. | *Attorney for Defendants* |

312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
gabriellek@capozziadler.com

Donald R. Reavey
Capozzi Adler, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

*Counsel for Plaintiffs and the Plan*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Joint Motion was filed this 19th day of January, 2022, with the clerk of court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record in this matter.

*/s/ Brian D. Boone*
Brian D. Boone
North Carolina Bar No. 38910
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Phone: 704-444-1000
Fax: 704-444-1111
brian.boone@alston.com

*Counsel for Defendants Coca-Cola Consolidated, Inc.; The Board of Directors of Coca-Cola Consolidated, Inc.; and The Corporate Benefits Committee of Coca-Cola Consolidated, Inc.*