IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHEYENNE JONES and SARA J. GAST, Individually and as representatives of a class of similarly situated persons, on behalf of the COCA-COLA CONSOLIDATED, INC. 401(K) PLAN,<br><br>Plaintiffs,<br>v.<br><br>COCA-COLA CONSOLIDATED, INC., THE BOARD OF DIRECTORS OF COCA-COLA CONSOLIDATED, INC., THE CORPORATE BENEFITS COMMITTEE OF COCA-COLA CONSOLIDATED, INC.; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>Defendants. | Case No: 3:20-cv-00654-FDW-DSC<br><br><br><br><br><br><br><br><br><br><br><br><br><br>February 22, 2022 |

PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, Cheyenne Jones and Sara J. Gast (collectively, "Plaintiffs"), on behalf of the proposed Settlement Class and the Coca-Cola Consolidated, Inc. 401(k) Plan (the "Plan"), hereby move (the "Motion") pursuant to Federal Rule of Civil Procedure 23[1] and Local Civil

---

[1] On January 20, 2022, the Court docketed a deadline for the filing of an agreement for entry of judgment or a stipulation of dismissal. *See* No: 3:20-cv-00654-FDW-DSC, Docket Text (January 20, 2022). Rule 23(e) provides that the claims and issues in this proposed class action may only be settled with the Court's approval following the provision of notice to the Settlement Class and a fairness hearing before the Court. *See* Fed. R. Civ. P. 23(e). Because voluntarily dismissing the Action would not allow for the notice and approval process contemplated by Rule 23(e), Plaintiffs respectfully propose the Notice Plan, which provides for the entry of a final judgment after the Notice Plan is carried out and a fairness hearing is held. To the extent necessary, Plaintiffs request that the Court construe the Motion as including a request to adjourn the requirement that the parties file an agreement for entry of judgment or stipulation of dismissal on this date.

Rule 7.1[2] for entry of an Order that: (1) preliminarily approves the Settlement Agreement dated February 22, 2022 with Defendants, Coca-Cola Consolidated, Inc., the Coca-Cola Consolidated, Inc. Board of Directors, and the Corporate Benefits Committee of Coca-Cola Consolidated, Inc.;[3] (2) preliminarily certifies the proposed Settlement Class; (3) approves the proposed notice plan ("Notice Plan") in the Settlement Agreement and proposed Preliminary Approval Order; and (4) sets a final approval hearing on a date convenient for the Court at least 110 days after the entry of a preliminary approval order. A proposed Preliminary Approval Order is attached as Exhibit D to the Settlement Agreement.

For the reasons set forth in the Settlement Agreement, accompanying memorandum of law, and all supporting papers, as well as the record in this litigation, Plaintiffs respectfully submit that the proposed settlement memorialized in the Settlement Agreement (the "Settlement") is fair, reasonable, and adequate, and should be preliminarily approved so that notice can be provided to the Settlement Class.

The Settlement is the product of arm's-length negotiations between the parties and their counsel, all of whom have significant experience in complex litigation of this type and are well-informed regarding all of the issues in this litigation based upon the comprehensive manner in which this matter was litigated by both sides. Accordingly, Plaintiffs respectfully request that the Court enter the proposed Preliminary Approval Order and, if the Court deems necessary, schedule a preliminary approval hearing at its earliest convenience.

---

[2] Plaintiffs have conferred with Defendants, and Defendants do not oppose the Motion.

[3] The Settlement Agreement and its exhibits are attached to the accompanying Declaration of Laurie Rubinow. Terms not defined herein shall have the same meaning as in the Settlement Agreement.

Plaintiffs stand ready to provide any additional information that the Court may require in connection with its consideration of the Motion.

DATED: February 22, 2022          Respectfully submitted,

/s/ Alec J. Berin
James C. Shah
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
       ajberin@millershah.com

James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
       lrubinow@millershah.com

Kolin C. Tang
MILLER SHAH LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: kctang@millershah.com

Mark K. Gyandoh
Gabrielle Kelerchian
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
       gabriellek@capozziadler.com

Donald R. Reavey
CAPOZZI ADLER, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

Daniel K. Bryson
Jeremy R. Williams
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5017
Facsimile: (919) 600-5035
Email: dbryson@milberg.com
       jwilliams@milberg.com

*Attorneys for Plaintiffs, the Plan and the Proposed Settlement Class*