IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHEYENNE JONES, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> COCA-COLA CONSOLIDATED, INC., *et. al.*, <br><br> Defendants. | Case No: 3:20-cv-00654-FDW-DSC <br><br><br><br><br><br> June 17, 2022 |

**UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEYS' FEES AND EXPENSES, AND SERVICE AWARDS**

Plaintiffs, Cheyenne Jones and Sara J. Gast (collectively, "Plaintiffs"), on behalf of the Coca-Cola Consolidated, Inc. 401(K) Plan and the proposed Settlement Class, hereby move ("Motion"), pursuant to Federal Rule of Civil Procedure 23, for entry of an order: (1) preliminarily approving the Settlement; (2) awarding attorneys' fees of 33 1/3% of the Gross Settlement Amount ($1,166,666.67) and payment of necessary and reasonable litigation expenses in the amount of $216,133.68; and (3) awarding $15,000 each to Plaintiffs as case contribution awards.[1]

For the reasons set forth in the Settlement Agreement, accompanying memorandum of law, and all supporting papers, as well as the record in this litigation, Plaintiffs respectfully submit that the proposed settlement memorialized in the Settlement Agreement (the "Settlement"), as well as the requested attorneys' fees, expenses, and case contribution awards are fair, reasonable, and adequate, and should be finally approved.

---

[1] A [Proposed] Final Approval Order and Judgment is attached as Exhibit A to the Settlement Agreement (ECF No. 88-3).

Plaintiffs stand ready to provide any additional information the Court may require in connection with its consideration of this Motion.

Dated: June 17, 2022

Respectfully submitted,

*/s/ Jeremy R. Williams*
Daniel K. Bryson
Jeremy R. Williams
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5017
Facsimile: (919) 600-5035
Email: dbryson@milberg.com
       jwilliams@milberg.com

James C. Shah
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
       ajberin@millershah.com

James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
       lrubinow@millershah.com

Kolin C. Tang
MILLER SHAH LLP
3 Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: kctang@millershah.com

Mark K. Gyandoh
Gabrielle Kelerchian
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
      gabriellek@capozziadler.com

Donald R. Reavey
CAPOZZI ADLER, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

*Attorneys for Plaintiffs, the Plan,
and the Settlement Class*